Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>v.<br><br>STEVEN LORENZ ROBINSON,<br>       Defendant. | Docket 6:11-mj-00082-MJS<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE; AND<br>ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant, STEVEN ROBINSON, by and through his attorney of record, Melody Walcott, that the status conference in the above-captioned matters set for November 15, 2011, shall be continued to December 6, 2011, at 10:00 a.m.


Dated: October 26, 2011           /S/ Susan St. Vincent
                                  Susan St. Vincent
                                  Legal Officer
                                  Yosemite National Park


Dated: October 26, 2011           /s/ Melody Walcott
                                  Melody Walcott
                                  Attorney for Defendant
                                  STEVEN LORENZ ROBINSON

* * * ORDER * * *

The Court, having reviewed the above request to continue the status conference for Steven Robinson, now set for November 15, 2011, and set the matter for status conference on December 6, 2011 at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

    The status conference now set for November 15, 2011, is continued to December 6, 2011.

IT IS SO ORDERED.

Dated:   November 9, 2011                    /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE